UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOVELL C. SHARPE,

           Plaintiff,

v.

UNKNOWN TYSON and
J. WINGER,

           Defendants.

_____/

Case No. 1:23-cv-117

Hon. Ray Kent

**JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Lovell C. Sharpe.

Date: March 19, 2026

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge